UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____
ANTHONY SHULER,

                Plaintiff,

                                            07-CV-0937

      v.

BROWN, et al.,

                Defendant.
_____
THOMAS J. McAVOY,
Senior United States District Judge

## DECISION and ORDER

    This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. George H. Lowe, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to the February 2, 2009 Report-Recommendation have been raised.  After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.  Defendant's motion for judgment on the pleadings is GRANTED and Plaintiff's Complaint is DISMISSED.

IT IS SO ORDERED.

Dated: March 23, 2009

                                                    Thomas J. McAvoy
                                                    Senior, U.S. District Judge